UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(609) 989-2040

| | |
|---|---|
| CHAMBERS OF<br>**TONIANNE J. BONGIOVANNI**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>402 E. STATE STREET, RM 6052<br>TRENTON, NJ 08608 |

September 7, 2011

**LETTER ORDER**

Re: **Larry Slutsky, et al. v. Kim Guadagno, et al.,
Civil Action No. 10-5331 (PGS)**

Dear Larry, Wendy, Clayton Slutsky and Counsel,

As discussed during the conference held on the record on this date, Defendants shall produce the specifically identified information no later than October 5, 2011. All other formal discovery is stayed pending disposition of the Summary Judgment Motion. The remaining schedule shall be set once a decision on the motion has been decided. The parties are to so advise this Court.

**IT IS SO ORDERED.**

   s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI
United States Magistrate Judge**