*RECEIVED SEP 12 2011 AT 8:30 WILLIAM T. WALSH CLERK*

September 9, 2011

<u>VIA CERTIFIED MAIL</u>

The Honorable Tonianne J. Bongiovanni
United States Magistrate Judge
Clarkson S. Fisher Federal Building
  & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**RECEIVED**

**SEP 12 2011**

TONIANNE J. BONGIOVANNI
U.S. MAGISTRATE JUDGE

Re: Slutsky et. al. v. Guadagno et. al.
    Civil Action No.: 3:10-cv-05331-PGS-TJB

Dear Judge Bongiovanni:

   We respectfully request an extension to respond to the Government Defendants Motion for Summary Judgment, which includes their 35 page brief. We understand that the current date for us to respond is September 19, 2011.

   Thank you for your consideration.

*The Motion shall be Moved to the return date of October 17, 2011. Plaintiffs' opposition is therefore due October 3, 2011*

Sincerely,

Clayton Slutsky, Pro Se

Larry Slutsky, Pro Se

Wendy Slutsky, Pro Se

30 Orchard Ave West
Holmdel, New Jersey 07733
Tel. No. 732-739-4265
Email: larryslutsky@contactls1

cc
Levi J. Kool, Esq., O'Donnell McCord P.C. Via First Class Mail

So Ordered this __12__ day of __September__, 20__11__

**ORDER ON ORAL MOTION**