# O'DONNELL MCCORD, P.C.
### ATTORNEYS AT LAW

15 MOUNT KEMBLE AVENUE
MORRISTOWN, NEW JERSEY 07960
(973) 538-1230
FAX: (973) 538-3301

WRITER'S E-MAIL: LJKOOL@OMLAWPC.COM

Matthew J. O'Donnell*■+†
Donald S. McCord, Jr.
Maryann O'Donnell McCoy*
Elizabeth Anne Valandingham*■+

ESSEX COUNTY OFFICE
SEVEN HUTTON AVENUE
WEST ORANGE, NJ 07052

PLEASE REPLY TO MORRISTOWN OFFICE

Jeanne M. Walsh °
David N. Heleniak
Levi J. Kool*
Daniel J. Ruiz

\* Member NJ and NY Bars
° Member NJ and PA Bars
\+ Member U.S.Tax Court
■ Diplomate NJ Local Government Law
† Certified Public Accountant (NJ & NY)

October 12, 2011

**VIA ECF AND REGULAR MAIL**
Honorable Peter G. Sheridan, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

      Re:    **Slutsky et al., v. Guadagno et al.**
               **Civil Action No.: 3:10-cv-5331-PGS-TJB**

Dear Judge Sheridan:

      Please be advised that the undersigned represents the Defendants in the above-referenced matter. In this regard, it is respectfully requested that Oral Argument be scheduled for the Defendants' pending Motion for Summary Judgment and Partial Summary Judgment returnable before Your Honor on October 17, 2011.

      The court's courtesies and cooperation is appreciated.

                                  Respectfully submitted,

                                  O'DONNELL McCORD, PC
                                  LEVI J. KOOL

LJK:ce
cc:    Larry Slutsky (via e-mail correspondence and regular mail)
        Wendy Slutsky (via e-mail correspondence and regular mail)
        Clayton Slutsky (via e-mail correspondence and regular mail)