

October 31, 2011

VIA CERTIFIED MAIL

The Honorable Peter G. Sheridan
U.S. District Court
Clarkson S. Fisher Bldg. &
 U.S. Courthouse
402 East State Street
Trenton, N.J. 08608

RECEIVED

NOV 01 2011

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

Re: Slutsky et al v. Guadagno et al
    Civil Action No.: 3:10-v-05331 (PGS-TJB)

Dear Judge Sheridan:

   The Government Defendants requested oral argument in their Notice of motion for summary judgment filed on August 31, 2011. Subsequent to that filing, the Court stated on the docket record on September 1, 2011 and on September 13, 2011 (provided to all parties) that the motion will be decided on the papers.

   By letter to the Court, dated October 12, 2011, the Government Defendants again requested oral argument.

   We object to Government Defendants repeat request for oral argument, as being without good cause, when the Court has made a decision to decide the motion on the papers.

   Thank you.

                                    Sincerely,

Clayton Slutsky          Wendy Slutsky           Larry Slutsky
Plaintiff, Pro Se        Plaintiff, Pro Se       Plaintiff, Pro Se

                         30 Orchard Ave West
                         Holmdel, N.J. 07733
                         Tel. No. 732-739-4265

cc
Levi J. Kool, Esq.
Judge Bongiovanni, U.S. Magistrate Judge

