October 22, 2012

The Honorable Peter G. Sheridan
U.S. District Court Judge
Clarkson S. Fisher Federal Bldg.
  & U.S. Courthouse
402 East State St.
Trenton, N.J. 08608

Re: Slutsky et al. v. Guadagno et al.
    Civil Action No.: 3-10-cv-05331 (PGS-TJB)

Dear Judge Sheridan:

   After discussing the matter with my parents, they both would feel left out without the other. Both feel very strongly about staying in the case to support each other.

   Due to the fact that we do not have a lawyer at this time, we would feel more comfortable working together.

   Therefore, I would choose both my parents as guardians ad litem if, in the future, it became necessary due to medical reasons.

   Thank you.

                                        Sincerely,

                                        Clayton Slutsky
                                        30 Orchard Ave W.
                                        Holmdel, N.J. 07733
                                        Tel. No. 732-739-4265

CLAYTON SLUTSKY
30 ORCHARD AVE W.
HOLMDEL, N.J. 07733

7010 0780 0001 0194 9099

The Honorable Peter G. Sheridan
U.S. District Court Judge
Clarkson S. Fisher Federal Bldg.
+ U.S. Courthouse
402 East State St.
Trenton, N.J. 08608

U.S. POSTAGE
PAID
HAZLET, NJ
07730
OCT 22, 12
AMOUNT
$5.75
0008919912