UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

(609) 989-2040

| | |
|---|---|
| CHAMBERS OF<br>**TONIANNE J. BONGIOVANNI**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>402 E. STATE STREET, RM 6052<br>TRENTON, NJ 08608 |

November 13, 2012

**LETTER ORDER**

RECEIVED
NOV 13 2012
AT 8:30_____M
WILLIAM T. WALSH, CLERK

Re:   **Slutsky, et al. v. Guadagno, et al.**
      Civil Action No. 10-5331 (PGS)

Dear Counsel:

In accordance with this Court's prior letter order dated October 9, 2012 [Docket Entry No. 24], the parties were instructed to determine whether, in light of the decision in *Powell v. Symons,* 680 F.3d 301 (3d Cir. 2012), the appointment of counsel was necessary for the Plaintiff in this case, Clayton Slutsky. In response, the parties have each submitted letters[1] that there is no need to appoint a guardian *ad litem* at this juncture. Having considered the parties' positions, the Court is in agreement that a guardian *ad litem* is not required and the Court shall not appoint one at this time.

IT IS SO ORDERED.

                                                                    _____
                                                                    TONIANNE J. BONGIOVANNI
                                                                    United States Magistrate Judge

---

[1] Plaintiff's letter dated October 25, 2012 is attached hereto as Exhibit A; Defendant's letter was electronically filed as Docket Entry No. 26.

October 25, 2012

The Honorable Tonianne J. Bongiovanni
United States Magistrate Judge
Clarkson S. Fisher Federal Bldg.
  & U.S. Courthouse
402 E. State Street, Rm. 6052
Trenton, N.J. 08608

RECEIVED
OCT 26 2012
TONIANNE J. BONGIOVANNI
U.S. MAGISTRATE JUDGE

RE: Slutsky et al. v. Guadagno et al.
    Civil Action: 3:10-cv-05331 (PGS-TJB)

REF: <u>LETTER ORDER</u> Dated October 9, 2012

Dear Judge Bongiovanni:

The guardian ad litem process does not appear applicable at this time. There is no competency issue involving Clayton that is being raised to Court. That is not to say that the process may not become appropriate in the future based on medical circumstances.

Thank you.

Sincerely,

_____       _____       _____
Clayton Slutsky           Wendy Slutsky             Larry Slutsky
Plaintiff, Pro Se         Plaintiff, Pro Se         Plaintiff, Pro Se

30 Orchard Ave W.
Holmdel, N.J. 07733

Tel. 732-739-4265

cc
Levi J. Kool, Esq., O'Donnell McCord P.C.