## UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**(609) 989-2040**

**CHAMBERS OF**
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

**U.S. COURTHOUSE**
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

December 10, 2012

### LETTER ORDER

Re: **Slutsky, et al. v. Gradagno, et al.**
**Civil Action No. 10-5331 (PGS)**

Dear Mr. Slutsky and Counsel:

In light of the Court's letter order dated November 13, 2012 [Docket Entry No. 29] where this Court decided that the appointment of a guardian *ad litem* was not warranted at this juncture, the Court is now directing that the parties are to confer and submit a proposed schedule no later than **December 28, 2012** to address any remaining discovery.

IT IS SO ORDERED.

         s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**