## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
(609) 989-2040

**CHAMBERS OF**
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

May 8, 2013

## **LETTER ORDER**

Re: **Slutsky, et al. v. Guadagno, et al.**
    Civil Action No. 10-5331 (PGS)

Dear Counsel and the Slutskys:

The Court is in receipt of and has reviewed Plaintiffs' letter dated May 6, 2013. In the letter, Plaintiffs object to this Court's letter order dated April 30, 2013, finding that certain materials held by Defendants was covered by the work-product privilege and therefore, need not be produced to Plaintiffs. By way of this Order, the Court advises Plaintiffs that, pursuant to FED.R.CIV.P 72(a) and L. Civ. R. 72.1(c), they have the right to appeal this Court's decision within fourteen (14) days after being served with a copy of the order.

Additionally, pursuant to the Court's letter order of April 30, 2013, Plaintiffs have submitted their input with regard to the remaining schedule and have enumerated the issues that they feel remain open. The Court is directing Defendants' counsel to respond to Plaintiff's representations no later than **May 13, 2013**.

**IT IS SO ORDERED.**

    s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**