# O'DONNELL McCORD, P.C.
### ATTORNEYS AT LAW

15 MOUNT KEMBLE AVENUE
MORRISTOWN, NEW JERSEY 07960
(973) 538-1230
FAX: (973) 538-3301

WRITER'S E-MAIL: LJKOOL@OMLAWPC.COM

Matthew J. O'Donnell*■+†
Donald S. McCord, Jr.
Maryann O'Donnell McCoy*
Elizabeth Anne Valandingham*■+

ESSEX COUNTY OFFICE
SEVEN HUTTON AVENUE
WEST ORANGE, NJ 07052

MONMOUTH COUNTY OFFICE
1725 HIGHWAY 35, SUITE C
WALL, NJ 07719

Jeanne M. Walsh °
David N. Heleniak
Levi J. Kool*
Jonathan Testa*

\* Member NJ and NY Bars
° Member NJ and PA Bars
+ Member U.S. Tax Court
■ Diplomate NJ Local Government Law
† Certified Public Accountant (NJ & NY)

PLEASE REPLY TO MORRISTOWN OFFICE

May 8, 2013

**VIA ECF AND REGULAR MAIL**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

  Re: **Slutsky et al., v. Guadagno et al.**
    **Civil Action No.: 3:10-cv-5331-GEB-TJB**

Dear Judge Bongiovanni:

  Please be reminded that the deadline for the Defendant's to answer, move or otherwise plead with respect to the Plaintiff's Amended Complaint is scheduled for **May 9, 2013**. In this regard, the Defendant's respectfully request that the deadline be extended until **Wednesday, May 15, 2013**. The Plaintiff's, Larry, Wendy and Clayton Slutsky, have consented to this request.

  The Court's courtesies and assistance are appreciated.

          Respectfully submitted,

          O'DONNELL McCORD, P.C.

          LEVI J. KOOL

LJK:ce
cc: Larry Slutsky (via electronic and regular mail)
   Wendy Slutsky
   Clayton Slutsky
   Andrea I. Bazer, Esq.