UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LARRY SLUTSKY, et al., | Civil Action No. 10-5331 (PGS) |
| Plaintiff, | |
| v. | **ORDER** |
| KIM GUADAGNO, et al., | |
| Defendants. | |

A Report and Recommendation was filed on July 17, 2013 1) recommending Defendants' motion to strike Plaintiffs' Amended Complaint or for a more definite statement be denied; 2) recommending that Plaintiff's Motion for Reconsideration be denied; and 3) ordering that the Clerk of the Court terminate the aforementioned motions [Docket Entry Nos. 47, 52]. The parties were advised that they may file an objection within 14 days of the date of this Order pursuant to Fed.R.Civ. P. 72(b)(2).. No objections having been received, and the Court having reviewed the Report and Recommendation <u>de novo</u>, and good cause appearing;

It is, on this 2nd day of October, 2013,

**ORDERED** that the Report and Recommendation of Magistrate Judge Tonianne J. Bongiovanni at docket entry 59 is hereby adopted as the opinion of the Court; and it is further

**ORDERED** That Defendants' motion to strike Plaintiffs' Amended Complaint or for a more definite statement be DENIED; and it is further

**ORDERED** that Plaintiff's Motion for Reconsideration be DENIED; and it is further

**ORDERED** that the Clerk of the Court terminate the aforementioned motions [Docket Entry Nos. 47, 52

_____
PETER G. SHERIDAN, U.S.D.J.