**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

(609) 989-2040

| | |
|---|---|
| CHAMBERS OF<br>**TONIANNE J. BONGIOVANNI**<br>**UNITED STATES MAGISTRATE JUDGE** | U.S. COURTHOUSE<br>402 E. STATE STREET, RM 6052<br>TRENTON, NJ 08608 |

January 9, 2014

**LETTER ORDER**

Re:   **Larry Slutsky, et al. v. Kim Guadagno, et al.**
      **Civil Action No. 10-5331 (PGS)**

Dear Counsel and Mr. Slutsky:

The Court is in receipt of the parties' proposed Joint Discovery Plan. This Letter Order shall serve as notification that the Court will hold a telephone conference in the above-captioned matter on **January 30, 2014 at 10:30 a.m.** Defendant is directed to initiate the call.

   **IT IS SO ORDERED.**

  s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**
