**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-2040

| | |
|---|---|
| CHAMBERS OF<br>**TONIANNE J. BONGIOVANNI**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>402 E. STATE STREET, RM 6052<br>TRENTON, NJ 08608 |

January 31, 2014

## LETTER ORDER

Re:   **Larry Slutsky, et al. v. Kim Guadagno, et al.**
        Civil Action No. 10-5331 (PGS)

Dear Counsel and Mr. Slutsky:

Document discovery in the above-captioned matter is to be completed by **March 7, 2014.** Any issues relating to document production must be brought to the Court's attention by **March 14, 2014.** Fact depositions are to be completed by **April 4, 2014.** The Independent Medical Report of each Plaintiff is to be produced by **May 16, 2014.** A further telephone conference will be conducted on **March 25, 2014 at 3:00 p.m.** Defendant shall initiate the call. An expert schedule, if necessary, as well as a schedule for filing dispositive motions will be set at that time.

IT IS SO ORDERED.

THE CLERK OF THE COURT IS DIRECTED TO MAIL A COPY OF THIS LETTER ORDER TO PLAINTIFF.

         s/ Tonianne J. Bongiovanni
        **TONIANNE J. BONGIOVANNI**
        **United States Magistrate Judge**